# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2407

_____

| | | |
|---|---|---|
| Violet Goodwin, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Omaha Housing Authority; Reggie | * | |
| Johnson; Andrias Belle; Bess Ebo, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: January 6, 2011
Filed: January 11, 2011

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Violet Goodwin appeals the district court's[1] dismissal without prejudice of her Privacy Act and due process claims, and its adverse grant of summary judgment on her claim under Title VI of the Civil Rights Act of 1964. Upon careful review, we conclude that the district court's rulings were proper for the reasons it stated. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.